UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
PlaSmart Inc.,

                      Plaintiff,           1:05-cv-10745-PKC

    -against-

                                      ORDER

Wincell International Inc., et al.,

                      Defendants.
------------------------------------------------------------x

**USDS SDNY**
**DOCUMENT**
**ELECTRONICALLY FILED**
DOC #: _____
DATE FILED: 2-17-09

P. KEVIN CASTEL, District Judge:

        A case status conference will be held in the above-captioned action on March 9, 2009 at 11:00 a.m., at which time the parties are directed to appear in Courtroom 12C, 500 Pearl Street, New York, New York 10007.

        SO ORDERED.

                                                          */s/ P. Kevin Castel*
                                                          P. Kevin Castel
                                                          United States District Judge

Dated: New York, New York
           February 17, 2009