**MEMO ENDORSED**

**MORRIS, MANNING & MARTIN, LLP**
ATTORNEYS AT LAW

Robert A. Gutkin
202-216-4106
rgutkin@mmmlaw.com
www.mmmlaw.com

May 1, 2009

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/4/09
```

By Telecopier (212) 805-7949

The Honorable P. Kevin Castel
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 2260
New York, NY 10007-1312

Re:    *PlaSmart Inc. v. Wincell International Inc., Jar Chen Wang, and Hong Jiun Gu,*
       USDC -SDNY - Case No. 05 CV 10745 (PKC)

Dear Judge Castel:

The purpose of this letter is to advise the Court that the parties agree with the Court's recommendation and terms to dismiss the above action without prejudice, subject to reinstatement after the reexamination proceedings have been completed as set forth in the Court's April 24, 2009 Minute Order (Docket Entry No. 79). It is the understanding of the parties that upon reinstatement, all rights and remedies will not be affected by the dismissal; and, that the request for reinstatement of the case to active status can be made by either party. Thank you for the Court's consideration of this matter.

Respectfully submitted,

COUNSEL FOR WINCELL INTERNATIONAL INC.,
JAR CHEN WANG AND HONG JIUN GU

By: _____
Robert A. Gutkin
Morris, Manning & Martin, LLP
1333 H Street. NW. Suite 820

*[Handwritten endorsement:]* The action is dismissed without prejudice. The action may be restored provided a request to do so is filed with the Court no later than March 31, 2011. SO ORDERED. /s/ USDJ 5-1-09



**MORRIS, MANNING & MARTIN, LLP**
ATTORNEYS AT LAW

Robert A. Gutkin
202-216-4106
rgutkin@mmmlaw.com
www.mmmlaw.com

May 1, 2009

**By Telecopier (212) 805-7949**

The Honorable P. Kevin Castel
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 2260
New York, NY 10007-1312

    Re:    *PlaSmart Inc. v. Wincell International Inc., Jar Chen Wang, and Hong Jiun Gu,*
            USDC -SDNY - Case No. 05 CV 10745 (PKC)

Dear Judge Castel:

    The purpose of this letter is to advise the Court that the parties agree with the Court's recommendation and terms to dismiss the above action without prejudice, subject to reinstatement after the reexamination proceedings have been completed as set forth in the Court's April 24, 2009 Minute Order (Docket Entry No. 79). It is the understanding of the parties that upon reinstatement, all rights and remedies will not be affected by the dismissal; and, that the request for reinstatement of the case to active status can be made by either party. Thank you for the Court's consideration of this matter.

Respectfully submitted,

COUNSEL FOR WINCELL INTERNATIONAL INC.,
JAR CHEN WANG AND HONG JIUN GU

By: _____
Robert A. Gutkin
Morris, Manning & Martin, LLP
1333 H Street, NW, Suite 820
Washington, DC 20005

COUNSEL FOR PLASMART INC.

By: _____
Jeffrey Sonnabend
Sonnabendlaw
600 Prospect Avenue
Brooklyn, NY 11215-6012

cc:    Mr. Jar Chen Wang
       Mr. Hong Jiun Gu
       Raymond Ho, Esq.

Washington
202.408.5153

1333 H Street, N.W.
Suite 820
Washington, D.C. 20005
Fax: 202.408.5146

With offices in | Atlanta, Georgia
Savannah, Georgia
Raleigh, North Carolina

# MORRIS, MANNING & MARTIN, LLP
## ATTORNEYS AT LAW

*1333 H Street, NW*
*Suite 820*
*Washington, D.C. 20005*

Facsimile Number: 202-408-5146

---

**TO:** The Honorable P. Kevin Castel, United States District Judge

**FAX NUMBER: 212-805-7949**

---

**FROM:** Robert A. Gutkin

**PHONE:** 202-216-4106

**DATE:** May 1, 2009

Pages to Follow: 2

## COMMENTS:

Please see the attached letter.

Thank you.

*This message is intended only for the use of the individual or entity to which it is addressed, and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If the reader of this message is not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone, and return the original message to us at the above address via U.S. Postal Service. Thank you.*

IF YOU HAVE ANY DIFFICULTY WITH THIS TRANSMISSION, PLEASE CALL (202) 216-4110